# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*

Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

Dorothy L. Mott, Esquire　　　　　　　　　　　　　　　　　　　　Telephone: (717) 232-6650
Kara K. Gendron, Esquire　　　　　　　　　　　　　　　　　　　　Fax: (717) 232-0477

October 2, 2023

CLERK, U.S. BANKRUPTCY COURT
THE RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA 17101

Re: Tara Lynn Hall
　　BANKRUPTCY CASE NO:1:19-bk-04391

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address for the above referenced debtor to:

130 Elm Street
Carlisle, PA 17013


Please remove old address from mailing matrix:

251 Harvest Drive
Carlisle, PA 17013


Thank you for your attention to this matter.


Sincerely,


/s/ Elizabeth Snyder
Elizabeth Snyder, Paralegal