| | |
|---|---|
| In re: | Case No. 19-04391-HWV |
| Tara Lynn Hall | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Nov 20, 2024 | Form ID: 3180W | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tara Lynn Hall, 130 Elm Street, Carlisle, PA 17013-1920 |
| 5257325 | + | DAVID HALL, 132 PORTER AVENUE, CARLISLE, PA 17013-2546 |
| 5259200 | + | LoanCare, LLC as servicer for Lakeview Loan Servic, c/o, McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 5257334 | + | PAYOFF, 3200 PARK CENTER D, COSTA MESA, CA 92626-7163 |
| 5257340 | + | TYLER HALL, 161 D STREET, CARLISLE, PA 17013-1403 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Nov 20 2024 18:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | EDI: PRA.COM | Nov 20 2024 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5257321 | | EDI: WFNNB.COM | Nov 20 2024 23:43:00 | CB/VICSCRT, ATTN: BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5257329 | | Email/Text: BKelectronicnotices@cenlar.com | Nov 20 2024 18:41:00 | LAKEVIEW LOAN SERVICING, LLC, 425 PHILLIPS BLVD, EWING, NJ 08618 |
| 5257323 | + | EDI: CITICORP | Nov 20 2024 23:43:00 | CITIBANK (SOUTH DAKOTA) NA, 701 EAST 60TH STREET N, SIOUX FALLS, SD 57104-0432 |
| 5257324 | | EDI: PENNDEPTREV | Nov 20 2024 23:43:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5257324 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2024 18:41:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5257341 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Nov 20 2024 18:41:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5257326 | + | EDI: DISCOVER | Nov 20 2024 23:43:00 | DISCOVER FINANCIAL SERVICES LLC (p), PO BOX 15316, WILMINGTON, DE 19850-5316 |
| 5258843 | | EDI: DISCOVER | Nov 20 2024 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5257327 | | EDI: IRS.COM | Nov 20 2024 23:43:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5257322 | | Email/Text: info@pamd13trustee.com | Nov 20 2024 18:41:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5283955 | | EDI: JEFFERSONCAP.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 20 2024 23:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5281242 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2024 18:49:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5283649 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 20 2024 18:41:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5257330 | + | Email/Text: unger@members1st.org | Nov 20 2024 18:41:00 | MEMBERS 1ST FCU, 5000 LOUISE DR, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 5257331 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 20 2024 18:41:00 | MR COOPER, 350 HIGHLAND DRIVE, LEWISVILLE, TX 75067-4488 |
| 5283437 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 20 2024 18:41:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, PO Box 619096, Dallas, TX 75261-9096 |
| 5257333 | | Email/Text: bnc@nordstrom.com | Nov 20 2024 18:41:43 | NORDSTROM CARD SERVICES, PO BOX 6566, ENGLEWOOD, CO 80155-6566 |
| 5257335 | + | Email/PDF: ebnotices@pnmac.com | Nov 20 2024 18:49:55 | PENNYMAC LOAN SERVICES LLC, 6101 CONDOR DRIVE, STE 310, MOORPARK, CA 93021-2602 |
| 5284110 | + | Email/PDF: ebnotices@pnmac.com | Nov 20 2024 18:49:53 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 5336977 | + | Email/PDF: ebnotices@pnmac.com | Nov 20 2024 18:49:45 | PENNYMAC LOAN SERVICES, LLC, PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 5280482 | | EDI: Q3G.COM | Nov 20 2024 23:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5261884 | + | Email/Text: RASEBN@raslg.com | Nov 20 2024 18:41:00 | RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 5257336 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Nov 20 2024 18:49:37 | SOFI, 375 HEALDSBURG AVE STE 280, HEALDSBURG, CA 95448-4151 |
| 5257337 | | EDI: SYNC | Nov 20 2024 23:43:00 | SYNCB/BRDC, BK NOTICES, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5257338 | + | EDI: SYNC | Nov 20 2024 23:43:00 | SYNCB/LOWES, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 5257631 | + | EDI: AIS.COM | Nov 20 2024 23:43:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5257339 | + | EDI: WTRRNBANK.COM | Nov 20 2024 23:43:00 | TARGET NATIONAL BANK, 3901 WEST 53RD STREET, SIOUX FALLS, SD 57106-4216 |
| 5282976 | + | Email/Text: bncmail@w-legal.com | Nov 20 2024 18:41:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5257342 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Nov 20 2024 18:41:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5257343 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 20 2024 18:41:00 | USDOE/GLELSI, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID** **Bypass Reason** **Name and Address**

| | | |
|---|---|---|
| 5257332 | | NONE |
| 5261883 | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5257328 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5280689 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Lakeview Loan Servicing  LLC nj-ecfmail@mwc-law.com |
| Ann E. Swartz | on behalf of Creditor LoanCare  LLC as servicer for Lakeview Loan Servicing, LLC. ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Tara Lynn Hall DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Tara Lynn Hall<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9608<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-04391-HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tara Lynn Hall

11/20/24

**By the court:**

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**