# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re: Tara Lynn Hall

Case No.: 1-19-04391 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Loancare |
| Court Claim Number: | 10 |
| Last Four of Loan Number: | 3413 |
| Property Address if applicable: | 130 Elm St |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $964.46 |
| b. | Prepetition arrearages paid by the trustee: | $964.46 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $1,231.00 |
| f. | Postpetition arrearage paid by the trustee: | $1,231.00 |
| g. | Total b, d, and f: | $2,195.46 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: November 27, 2024

                                          Respectfully submitted,

                                          <u>/s/ Jack N. Zaharopoulos</u>
                                          Standing Chapter 13 Trustee
                                          Suite A, 8125 Adams Drive
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097
                                          Fax:  (717) 566-8313
                                          email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Tara Lynn Hall

Case No.: 1-19-04391 HWV

Chapter 13

Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 27, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Kara K. Gendron, Esquire
Mott & Gendron Law
125 State St
Harrisburg PA 17101

**Served by First Class Mail**
LoanCare LLC
3637 Sentara Way
Virginia Beach VA 23452


Tara Lynn Hall
251 Harvest Dr
Carlisle PA 17013


I certify under penalty of perjury that the foregoing is true and correct.

Date: November 27, 2024

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-04391  TARA LYNN HALL

**LOANCARE, LLC**

Sequence: 13
Modify:
Filed Date:
Hold Code:

, -

Acct No: #3413/postarrears Elm St

01/21 POST ARREARS STIP

|  |  | Debt: | $1,231.00 | Interest Paid: | $0.00 |
| --- | --- | --- | --- | --- | --- |
| Amt Sched: | $0.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $1,231.00 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **5210** | **LOANCARE, LLC** | | | | | | | |
| 521-0 | LOANCARE, LLC | | 02/17/2021 | 9010067 | $1,231.00 | $0.00 | $1,231.00 | 02/17/2021 |

Sub-totals: $1,231.00  $0.00  $1,231.00

Grand Total: $1,231.00  $0.00

# Disbursements for Claim

**Case:** 19-04391  TARA LYNN HALL

**LOANCARE SERVICING CENTER**
P.O. BOX 8068

VIRGINIA BEACH, VA  234

Acct No: 3413/ prearrears Elm St

ARREARS - 130 ELM STREET

Sequence: 13
Modify:
Filed Date:
Hold Code:

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $121,683.00 | Debt: $964.46 | Interest Paid: $0.00 | Accrued Int: $0.00 |
| Amt Due: $0.00 | Paid: $964.46 | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **LOANCARE SERVICING CENTER** | | | | | | | |
| 520-0 | LOANCARE SERVICING CENTER | | 05/06/2020 | 9007234 | $964.46 | $0.00 | $964.46 | 05/06/2020 |
| | | | | Sub-totals: | $964.46 | $0.00 | $964.46 | |
| | | | | Grand Total: | $964.46 | $0.00 | | |