Fill in this information to identify the case:

Debtor 1: Tara Lynn Hall

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE District of Pennsylvania
(State)

Case number: 1:19-bk-04391-HWV

Form 4100R

# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** Lakeview Loan Servicing, LLC

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 3413 ____ ____ ____

**Property address:** 130 Elm Street
Number    Street

Carlisle, Pennsylvania  17013
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: 11/01/24-12/01/24 payments at $1,078.51 each less $.18 suspense    (a) $ 2,156.84

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 0.00

c. **Total**. Add lines a and b.    (c) $ 2,156.84

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    11 / 1 / 2024
MM / DD / YYYY

| Debtor 1 | Tara Lynn Hall | Case number (*if known*) | 1:19-bk-04391-HWV |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Andrew M. Lubin
Signature

Date: /12/26/24

Print: Andrew M. Lubin
First Name   Middle Name   Last Name

Title: Attorney for creditor

Company: McCabe, Weisberg & Conway, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1420 Walnut Street, Suite 1501
Number   Street

Philadelphia, PA 19102
City   State   ZIP Code

Contact phone (215) 790 – 1010

Email: ecfmail@mwc-law.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Tara Lynn Hall<br>Debtor(s)<br><br>Lakeview Loan Servicing, LLC, or its Successor or Assignee<br>Movant<br><br>vs.<br><br>Tara Lynn Hall<br>Jack N Zaharopoulos<br>Respondent(s) | Chapter 13<br><br>Bankruptcy No. 1:19-bk-04391-HWV |

### CERTIFICATION OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I, Andrew M. Lubin, attorney for Lakeview Loan Servicing, LLC, hereby certify that I served a true and correct copy of the foregoing Response to Notice of Final Cure Payment, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: 12/26/24

| | | |
|---|---|---|
| Tara Lynn Hall<br>130 Elm Street<br>Carlisle, Pennsylvania 17013 | Dorothy L. Mott, Esquire<br>Mott & Gendron Law<br>125 State Street<br>Harrisburg, Pennsylvania 17101<br>Attorney for Debtor | Jack N Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, Pennsylvania 17036<br>Trustee |

Asst. U.S. Trustee
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

        /s/ Andrew M. Lubin
        MARISA MYERS COHEN, ESQUIRE ID #87830
        ANDREW M. LUBIN, ESQUIRE ID # 54297
        Attorney for Lakeview Loan Servicing, LLC
        1420 Walnut Street, Suite 1501
        Philadelphia, PA 19102
        Telephone: (215) 790-1010
        Facsimile: (215) 790-1274
        Email: ecfmail@mwc-law.com

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Last Name | TL HALL | | | Case | 19-04391 | | | BK Filed Date | 10/9/2019 | | | | |
| | | | | | | | | 1st Post Due date | 11/1/2019 | 1022.31 | | | |
| **APOC arrears** | **$2,195.46** | **paid** | | | | | | | 12/1/2020 | 1017.18 | | | |
| | | | | | | | | | 2/1/2022 | 1035.01 | | | |
| AO filed on 12/7/2020 the loan is due for 7/1/2020 to 10/1/2020 iao $1022.31 each, the attorney fees and cost iao $1231.00 with suspense iao $136.96 Total iao $4089.24.00 | | | | | | | | | 11/1/2022 | $ 1,050.13 | | | |
| | | | | | | | | | 10/1/2023 | $ 1,044.13 | | | |
| | | | | | | | | | 9/1/2024 | $ 1,078.51 | | | |

| Transaction Date | Amount Received | Credit to Suspense | Debit from Suspense | Suspense Balance | Transaction Details | Debtor | PP Payment | Trustee | Stip Payments | Debtor Balance | PP Payment Balance | Trustee Balance | Stip Balance | Post-Petition Due Date | Contractual Due Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | | | $ - | $ - | $ - | $ - | | |
| 11/4/2019 | $1,050.14 | $1,050.14 | | $ 1,050.14 | to debtor suspense | $1,050.14 | | | | $ 1,050.14 | $ - | $ - | $ - | | |
| | | | | $ 1,050.14 | 1 pp payment | ($1,022.31) | $ 1,022.31 | | | $ 27.83 | $ 1,022.31 | $ - | $ - | 11/1/2019 | |
| | | | $ 1,022.32 | $ 27.82 | 1 contractual payment | ($0.01) | ($1,022.31) | | | $ 27.82 | $ - | $ - | $ - | | 10/1/2019 |
| 12/2/2019 | $1,050.14 | $1,050.14 | | $ 1,077.96 | to debtor suspense | $1,050.14 | | | | $ 1,077.96 | $ - | $ - | $ - | | |
| | | | | $ 1,077.96 | 1 pp payment | ($1,022.31) | $ 1,022.31 | | | $ 55.65 | $ 1,022.31 | $ - | $ - | 12/1/2019 | |
| | | | $ 1,022.31 | $ 55.65 | 1 contractual payment | | ($1,022.31) | | | $ 55.65 | $ - | $ - | $ - | | 11/1/2019 |
| 1/13/2020 | $1,050.14 | $1,050.14 | | $ 1,105.79 | to debtor suspense | $1,050.14 | | | | $ 1,105.79 | $ - | $ - | $ - | | |
| | | | | $ 1,105.79 | 1 pp payment | ($1,022.31) | $ 1,022.31 | | | $ 83.48 | $ 1,022.31 | $ - | $ - | 1/1/2020 | |
| | | | $ 1,022.31 | $ 83.48 | 1 contractual payment | | ($1,022.31) | | | $ 83.48 | $ - | $ - | $ - | | 12/1/2019 |
| 3/23/2020 | $1,050.14 | $1,050.14 | | $ 1,133.62 | to debtor suspense | $1,050.14 | | | | $ 1,133.62 | $ - | $ - | $ - | | |
| | | | | $ 1,133.62 | 1 pp payment | ($1,022.31) | $ 1,022.31 | | | $ 111.31 | $ 1,022.31 | $ - | $ - | 2/1/2020 | |
| | | | $ 1,022.31 | $ 111.31 | 1 contractual payment | | ($1,022.31) | | | $ 111.31 | $ - | $ - | $ - | | 1/1/2020 |
| 5/7/2020 | $1,050.14 | $1,050.14 | | $ 1,161.45 | to debtor suspense | $1,050.14 | | | | $ 1,161.45 | $ - | $ - | $ - | | |
| | | | | $ 1,161.45 | 1 pp payment | ($1,022.31) | $ 1,022.31 | | | $ 139.14 | $ 1,022.31 | $ - | $ - | 3/1/2020 | |
| | | | $ 1,022.31 | $ 139.14 | 1 contractual payment | | ($1,022.31) | | | $ 139.14 | $ - | $ - | $ - | | 2/1/2020 |
| 5/15/2020 | $ 964.46 | $ 964.46 | | $ 1,103.60 | to trustee | | | $ 964.46 | | $ 139.14 | $ - | $ 964.46 | $ - | | |
| | | | $ 1,022.31 | $ 81.29 | 1 contractual payment | ($57.85) | | $ (964.46) | | $ 81.29 | $ - | $ - | $ - | | 3/1/2020 |
| 7/6/2020 | $1,050.14 | $1,050.14 | | $ 1,131.43 | to debtor suspense | $1,050.14 | | | | $ 1,131.43 | $ - | $ - | $ - | | |
| | | | | $ 1,131.43 | 1 pp payment | ($1,022.31) | $ 1,022.31 | | | $ 109.12 | $ 1,022.31 | $ - | $ - | 4/1/2020 | |
| | | | $ 1,022.31 | $ 109.12 | 1 contractual payment | | ($1,022.31) | | | $ 109.12 | $ - | $ - | $ - | | 4/1/2020 |
| 7/28/2020 | $1,050.14 | $1,050.14 | | $ 1,159.26 | to debtor suspense | $1,050.14 | | | | $ 1,159.26 | $ - | $ - | $ - | | |
| | | | | $ 1,159.26 | 1 pp payment | ($1,022.31) | $ 1,022.31 | | | $ 136.95 | $ 1,022.31 | $ - | $ - | 5/1/2020 | |
| | | | $ 1,022.31 | $ 136.95 | 1 contractual payment | | ($1,022.31) | | | $ 136.95 | $ - | $ - | $ - | | 5/1/2020 |
| 10/6/2020 | $ 4,089.24 | $ 4,089.24 | | $ 4,226.19 | to debtor suspense | $ 4,089.24 | | | | $ 4,226.19 | $ - | $ - | $ - | | |
| | | | | $ 4,226.19 | 1 pp payment | ($1,022.31) | $ 1,022.31 | | | $ 3,203.88 | $ 1,022.31 | $ - | $ - | 6/1/2020 | |
| | | | $ 1,022.31 | $ 3,203.88 | 1 contractual payment | | ($1,022.31) | | | $ 3,203.88 | $ - | $ - | $ - | | 6/1/2020 |
| | | | | $ 3,203.88 | 1 pp payment | ($1,022.31) | $ 1,022.31 | | | $ 2,181.57 | $ 1,022.31 | $ - | $ - | 7/1/2020 | |
| | | | $ 1,022.31 | $ 2,181.57 | 1 contractual payment | | ($1,022.31) | | | $ 2,181.57 | $ - | $ - | $ - | | 7/1/2020 |
| | | | | $ 2,181.57 | 1 pp payment | ($1,022.31) | $ 1,022.31 | | | $ 1,159.26 | $ 1,022.31 | $ - | $ - | 8/1/2020 | |
| | | | $ 1,022.31 | $ 1,159.26 | 1 contractual payment | | ($1,022.31) | | | $ 1,159.26 | $ - | $ - | $ - | | 8/1/2020 |
| | | | | $ 1,159.26 | 1 pp payment | ($1,022.31) | $ 1,022.31 | | | $ 136.95 | $ 1,022.31 | $ - | $ - | 9/1/2020 | |
| | | | $ 1,022.31 | $ 136.95 | 1 contractual payment | | ($1,022.31) | | | $ 136.95 | $ - | $ - | $ - | | 9/1/2020 |
| 11/18/2020 | $ 885.36 | $ 885.36 | | $ 1,022.31 | to debtor suspense | $ 885.36 | | | | $ 1,022.31 | $ - | $ - | $ - | | |
| | | | | $ 1,022.31 | 1 pp payment | ($1,022.31) | $ 1,022.31 | | | $ - | $ 1,022.31 | $ - | $ - | 10/1/2020 | |
| | | | $ 1,022.31 | $ - | 1 contractual payment | | ($1,022.31) | | | $ - | $ - | $ - | $ - | | 10/1/2020 |
| 12/7/2020 | $ 885.36 | $ 885.36 | | $ 885.36 | to debtor suspense | $ 885.36 | | | | $ 885.36 | $ - | $ - | $ - | | |
| 1/15/2021 | $ 1,149.00 | $ 1,149.00 | | $ 2,034.36 | to debtor suspense | $ 1,149.00 | | | | $ 2,034.36 | $ - | $ - | $ - | | |
| | | | | $ 2,034.36 | 1 pp payment | ($1,022.31) | $ 1,022.31 | | | $ 1,012.05 | $ 1,022.31 | $ - | $ - | 11/1/2020 | |
| | | | $ 1,022.31 | $ 1,012.05 | 1 contractual payment | | ($1,022.31) | | | $ 1,012.05 | $ - | $ - | $ - | | 11/1/2020 |
| 2/22/2021 | $ 1,231.00 | $ 1,231.00 | | $ 2,243.05 | to trustee | | | $ 1,231.00 | | $ 1,012.05 | $ - | $ 1,231.00 | $ - | | |
| 3/22/2021 | $ 2,034.36 | $ 2,034.36 | | $ 4,277.41 | to debtor suspense | $ 2,034.36 | | | | $ 3,046.41 | $ - | $ 1,231.00 | $ - | | |
| | | | | $ 4,277.41 | 1 pp payment | $ (1,017.18) | $ 1,017.18 | | | $ 2,029.23 | $ 1,017.18 | $ 1,231.00 | $ - | 12/1/2020 | |
| | | $ 1,017.18 | | $ 3,260.23 | 1 contractual payment | | | | | $ 2,029.23 | $ - | $ 1,231.00 | $ - | | 12/1/2020 |
| | | | | $ 3,260.23 | 1 pp payment | $ (1,017.18) | $ 1,017.18 | | | $ 1,012.05 | $ 1,017.18 | $ 1,231.00 | $ - | 1/1/2021 | |
| | | | $ 1,017.18 | $ 2,243.05 | 1 contractual payment | | $ (1,017.18) | | | $ 1,012.05 | $ - | $ 1,231.00 | $ - | | 1/1/2021 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOAN NUMBER | 35953413 | | | Last Name | TL HALL | | Case | 19-04391 | | | BK Filed Date | | 10/9/2019 | | |
| | | | | | | | | | | | 1st Post Due date | | 11/1/2019 | 1022.31 | |
| | | **APOC arrears** | | | **$2,195.46** | **paid** | | | | | | | 12/1/2020 | 1017.18 | |
| | | | | | | | | | | | | | 2/1/2022 | 1035.01 | |
| | | AO filed on 12/7/2020 the loan is due for 7/1/2020 to 10/1/2020 iao $1022.31 each, the attorney fees and cost iao $1231.00 with suspense iao $136.96 Total iao $4089.24.00 | | | | | | | | | | | 11/1/2022 | $ 1,050.13 | |
| | | | | | | | | | | | | | 10/1/2023 | $ 1,044.13 | |
| | | | | | | | | | | | | | 9/1/2024 | $ 1,078.51 | |

| Transaction Date | Amount Received | Credit to Suspense | Debit from Suspense | Suspense Balance | Transaction Details | Debtor | PP Payment | Trustee | Stip Payments | Debtor Balance | PP Payment Balance | Trustee Balance | Stip Balance | Post-Petition Due Date | Contractual Due Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/25/2021 | $ 1,770.72 | $ 1,770.72 | | $ 4,013.77 | to debtor suspense | $ 1,770.72 | | | | $ 2,782.77 | $ - | $ 1,231.00 | $ - | | |
| | | | | $ 4,013.77 | 1 pp payment | $ (1,017.18) | $ 1,017.18 | | | $ 1,765.59 | $ 1,017.18 | $ 1,231.00 | $ - | 2/1/2021 | |
| | | | $ 1,017.18 | $ 2,996.59 | 1 contractual payment | | $ (1,017.18) | | | $ 1,765.59 | $ - | $ 1,231.00 | $ - | | 2/1/2021 |
| 4/19/2021 | $ 885.36 | $ 885.36 | | $ 3,881.95 | to debtor suspense | $ 885.36 | | | | $ 2,650.95 | $ - | $ 1,231.00 | $ - | | |
| | | | | $ 3,881.95 | 1 pp payment | $ (1,017.18) | $ 1,017.18 | | | $ 1,633.77 | $ 1,017.18 | $ 1,231.00 | $ - | 3/1/2021 | |
| | | | $ 1,017.18 | $ 2,864.77 | 1 contractual payment | | $ (1,017.18) | | | $ 1,633.77 | $ - | $ 1,231.00 | $ - | | 3/1/2021 |
| 4/29/2021 | $ 3,051.54 | $ 3,051.54 | | $ 5,916.31 | to debtor suspense | $ 3,051.54 | | | | $ 4,685.31 | $ - | $ 1,231.00 | $ - | | |
| | | | | $ 5,916.31 | 1 pp payment | $ (1,017.18) | $ 1,017.18 | | | $ 3,668.13 | $ 1,017.18 | $ 1,231.00 | $ - | 4/1/2021 | |
| | | | $ 1,017.18 | $ 4,899.13 | 1 contractual payment | | $ (1,017.18) | | | $ 3,668.13 | $ - | $ 1,231.00 | $ - | | 4/1/2021 |
| | | | | $ 4,899.13 | 1 contractual payment | $ (1,017.18) | $ 1,017.18 | | | $ 2,650.95 | $ 1,017.18 | $ 1,231.00 | $ - | 5/1/2021 | |
| | | | $ 1,017.18 | $ 3,881.95 | 1 contractual payment | | $ (1,017.18) | | | $ 2,650.95 | $ - | $ 1,231.00 | $ - | | 5/1/2021 |
| | | | | $ 3,881.95 | 1 pp payment | $ (1,017.18) | $ 1,017.18 | | | $ 1,633.77 | $ 1,017.18 | $ 1,231.00 | $ - | 6/1/2021 | |
| | | | $ 1,017.18 | $ 2,864.77 | 1 contractual payment | | $ (1,017.18) | | | $ 1,633.77 | $ - | $ 1,231.00 | $ - | | 6/1/2021 |
| 5/12/2021 | $ 885.36 | $ 885.36 | | $ 3,750.13 | to debtor suspense | $ 885.36 | | | | $ 2,519.13 | $ - | $ 1,231.00 | $ - | | |
| | | | | $ 3,750.13 | 1 pp payment | $ (1,017.18) | $ 1,017.18 | | | $ 1,501.95 | $ 1,017.18 | $ 1,231.00 | $ - | 7/1/2021 | |
| | | | $ 1,017.18 | $ 2,732.95 | 1 contractual payment | | $ (1,017.18) | | | $ 1,501.95 | $ - | $ 1,231.00 | $ - | | 7/1/2021 |
| 5/19/2021 | $ 885.36 | $ 885.36 | | $ 3,618.31 | to debtor suspense | $ 885.36 | | | | $ 2,387.31 | $ - | $ 1,231.00 | $ - | | |
| | | | | $ 3,618.31 | 1 pp payment | $ (1,017.18) | $ 1,017.18 | | | $ 1,370.13 | $ 1,017.18 | $ 1,231.00 | $ - | 8/1/2021 | |
| | | | $ 1,017.18 | $ 2,601.13 | 1 contractual payment | | $ (1,017.18) | | | $ 1,370.13 | $ - | $ 1,231.00 | $ - | | 8/1/2021 |
| 6/17/2021 | $ 1,017.18 | $ 1,017.18 | | $ 3,618.31 | to debtor suspense | $ 1,017.18 | | | | $ 2,387.31 | $ - | $ 1,231.00 | $ - | | |
| | | | | $ 3,618.31 | 1 pp payment | $ (1,017.18) | $ 1,017.18 | | | $ 1,370.13 | $ 1,017.18 | $ 1,231.00 | $ - | 9/1/2021 | |
| | | | $ 1,017.18 | $ 2,601.13 | 1 contractual payment | | $ (1,017.18) | | | $ 1,370.13 | $ - | $ 1,231.00 | $ - | | 9/1/2021 |
| 7/7/2021 | $ 1,017.18 | $ 1,017.18 | | $ 3,618.31 | to debtor suspense | $ 1,017.18 | | | | $ 2,387.31 | $ - | $ 1,231.00 | $ - | | |
| | | | | $ 3,618.31 | 1 pp payment | $ (1,017.18) | $ 1,017.18 | | | $ 1,370.13 | $ 1,017.18 | $ 1,231.00 | $ - | 10/1/2021 | |
| | | | $ 1,017.18 | $ 2,601.13 | 1 contractual payment | | $ (1,017.18) | | | $ 1,370.13 | $ - | $ 1,231.00 | $ - | | 10/1/2021 |
| 8/9/2021 | $ 1,017.18 | $ 1,017.18 | | $ 3,618.31 | to debtor suspense | $ 1,017.18 | | | | $ 2,387.31 | $ - | $ 1,231.00 | $ - | | |
| | | | | $ 3,618.31 | 1 pp payment | $ (1,017.18) | $ 1,017.18 | | | $ 1,370.13 | $ 1,017.18 | $ 1,231.00 | $ - | 11/1/2021 | |
| | | | $ 1,017.18 | $ 2,601.13 | 1 contractual payment | | $ (1,017.18) | | | $ 1,370.13 | $ - | $ 1,231.00 | $ - | | 11/1/2021 |
| 9/8/2021 | $ 1,017.18 | $ 1,017.18 | | $ 3,618.31 | to debtor suspense | $ 1,017.18 | | | | $ 2,387.31 | $ - | $ 1,231.00 | $ - | | |
| | | | | $ 3,618.31 | 1 pp payment | $ (1,017.18) | $ 1,017.18 | | | $ 1,370.13 | $ 1,017.18 | $ 1,231.00 | $ - | 12/1/2021 | |
| | | | $ 1,017.18 | $ 2,601.13 | 1 contractual payment | | $ (1,017.18) | | | $ 1,370.13 | $ - | $ 1,231.00 | $ - | | 12/1/2021 |
| | | | | $ 2,601.13 | 1 pp payment | $ (1,017.18) | $ 1,017.18 | | | $ 352.95 | $ 1,017.18 | $ 1,231.00 | $ - | 1/1/2022 | |
| | | | $ 1,017.18 | $ 1,583.95 | 1 contractual payment | | $ (1,017.18) | | | $ 352.95 | $ - | $ 1,231.00 | $ - | | 1/1/2022 |
| 10/14/2021 | $ 1,017.18 | $ 1,017.18 | | $ 2,601.13 | to debtor suspense | $ 1,017.18 | | | | $ 1,370.13 | $ - | $ 1,231.00 | $ - | | |
| | | | | $ 2,601.13 | 1 pp payment | $ (1,035.01) | $ 1,035.01 | | | $ 335.12 | $ 1,035.01 | $ 1,231.00 | $ - | 2/1/2022 | |
| | | | $ 1,035.01 | $ 1,566.12 | 1 contractual payment | | $ (1,035.01) | | | $ 335.12 | $ - | $ 1,231.00 | $ - | | 2/1/2022 |
| 11/10/2021 | $ 518.41 | $ 518.41 | | $ 2,084.53 | to debtor suspense | $ 518.41 | | | | $ 853.53 | $ - | $ 1,231.00 | $ - | | |
| 1/20/2022 | $ 518.41 | $ 518.41 | | $ 2,602.94 | to debtor suspense | $ 518.41 | | | | $ 1,371.94 | $ - | $ 1,231.00 | $ - | | |
| | | | | $ 2,602.94 | 1 pp payment | $ (1,035.01) | $ 1,035.01 | | | $ 336.93 | $ 1,035.01 | $ 1,231.00 | $ - | 3/1/2022 | |
| | | | $ 1,035.01 | $ 1,567.93 | 1 contractual payment | | $ (1,035.01) | | | $ 336.93 | $ - | $ 1,231.00 | $ - | | 3/1/2022 |
| 4/1/2022 | $ 518.00 | $ 518.00 | | $ 2,085.93 | to debtor suspense | $ 518.00 | | | | $ 854.93 | $ - | $ 1,231.00 | $ - | | |
| 4/1/2022 | $ 518.41 | $ 518.41 | | $ 2,604.34 | to debtor suspense | $ 518.41 | | | | $ 1,373.34 | $ - | $ 1,231.00 | $ - | | |
| | | | | $ 2,604.34 | 1 pp payment | $ (1,035.01) | $ 1,035.01 | | | $ 338.33 | $ 1,035.01 | $ 1,231.00 | $ - | 4/1/2022 | |
| | | | $ 1,035.01 | $ 1,569.33 | 1 contractual payment | | $ (1,035.01) | | | $ 338.33 | $ - | $ 1,231.00 | $ - | | 4/1/2022 |
| 4/11/2022 | $ 518.41 | $ 518.41 | | $ 2,087.74 | to debtor suspense | $ 518.41 | | | | $ 856.74 | $ - | $ 1,231.00 | $ - | | |
| 4/25/2022 | $ 518.41 | $ 518.41 | | $ 2,606.15 | to debtor suspense | $ 518.41 | | | | $ 1,375.15 | $ - | $ 1,231.00 | $ - | | |
| | | | | $ 2,606.15 | 1 pp payment | $ (1,035.01) | $ 1,035.01 | | | $ 340.14 | $ 1,035.01 | $ 1,231.00 | $ - | 5/1/2022 | |
| | | | $ 1,035.01 | $ 1,571.14 | 1 contractual payment | | $ (1,035.01) | | | $ 340.14 | $ - | $ 1,231.00 | $ - | | 5/1/2022 |
| 5/5/2022 | $ 518.14 | $ 518.14 | | $ 2,089.28 | to debtor suspense | $ 518.14 | | | | $ 858.28 | $ - | $ 1,231.00 | $ - | | |
| 6/17/2022 | $ 1,035.01 | $ 1,035.01 | | $ 3,124.29 | to debtor suspense | $ 1,035.01 | | | | $ 1,893.29 | $ - | $ 1,231.00 | $ - | | |
| | | | | $ 3,124.29 | 1 pp payment | $ (1,035.01) | $ 1,035.01 | | | $ 858.28 | $ 1,035.01 | $ 1,231.00 | $ - | 6/1/2022 | |
| | | | $ 1,035.01 | $ 2,089.28 | 1 contractual payment | | $ (1,035.01) | | | $ 858.28 | $ - | $ 1,231.00 | $ - | | 6/1/2022 |
| 7/29/2022 | $ 1,035.01 | $ 1,035.01 | | $ 3,124.29 | to debtor suspense | $ 1,035.01 | | | | $ 1,893.29 | $ - | $ 1,231.00 | $ - | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Last Name | TL HALL | | | Case | 19-04391 | | | BK Filed Date | | 10/9/2019 | | |
| | | | | | | | | 1st Post Due date | | 11/1/2019 | 1022.31 | |
| **APOC arrears** | | **$2,195.46** | **paid** | | | | | | | 12/1/2020 | 1017.18 | |
| | | | | | | | | | | 2/1/2022 | 1035.01 | |
| AO filed on 12/7/2020 the loan is due for 7/1/2020 to 10/1/2020 iao $1022.31 each, the attorney fees and cost iao $1231.00 with suspense iao $136.96 Total iao $4089.24.00 | | | | | | | | | | 11/1/2022 | $1,050.13 | |
| | | | | | | | | | | 10/1/2023 | $1,044.13 | |
| | | | | | | | | | | 9/1/2024 | $1,078.51 | |

| Transaction Date | Amount Received | Credit to Suspense | Debit from Suspense | Suspense Balance | Transaction Details | Debtor | PP Payment | Trustee | Stip Payments | Debtor Balance | PP Payment Balance | Trustee Balance | Stip Balance | Post-Petition Due Date | Contractual Due Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ 3,124.29 | 1 pp payment | $ (1,035.01) | $ 1,035.01 | | | $ 858.28 | 1,035.01 | $ 1,231.00 | $ - | 7/1/2022 | |
| | | | $ 1,035.01 | $ 2,089.28 | 1 contractual payment | | $ (1,035.01) | | | $ 858.28 | $ - | $ 1,231.00 | $ - | | 7/1/2022 |
| 9/13/2022 | $ 1,035.01 | $ 1,035.01 | | $ 3,124.29 | to debtor suspense | $ 1,035.01 | | | | $ 1,893.29 | $ - | $ 1,231.00 | $ - | | |
| | | | | $ 3,124.29 | 1 pp payment | $ (1,035.01) | $ 1,035.01 | | | $ 858.28 | $ 1,035.01 | $ 1,231.00 | $ - | 8/1/2022 | |
| | | | $ 1,035.01 | $ 2,089.28 | 1 contractual payment | | $ (1,035.01) | | | $ 858.28 | $ - | $ 1,231.00 | $ - | | 8/1/2022 |
| 10/6/2022 | $ 2,076.58 | $ 2,076.58 | | $ 4,165.86 | to debtor suspense | $ 2,076.58 | | | | $ 2,934.86 | $ - | $ 1,231.00 | $ - | | |
| | | | | $ 4,165.86 | 1 pp payment | $ (1,035.01) | $ 1,035.01 | | | $ 1,899.85 | $ 1,035.01 | $ 1,231.00 | $ - | 9/1/2022 | |
| | | | $ 1,035.01 | $ 3,130.85 | 1 contractual payment | | $ (1,035.01) | | | $ 1,899.85 | $ - | $ 1,231.00 | $ - | | 9/1/2022 |
| | | | | $ 3,130.85 | 1 pp payment | $ (1,035.01) | $ 1,035.01 | | | $ 864.84 | $ 1,035.01 | $ 1,231.00 | $ - | 10/1/2022 | |
| | | | $ 1,035.01 | $ 2,095.84 | 1 contractual payment | | $ (1,035.01) | | | $ 864.84 | $ - | $ 1,231.00 | $ - | | 10/1/2022 |
| 11/18/2022 | $ 1,002.77 | $ 1,002.77 | | $ 3,098.61 | to debtor suspense | $ 1,002.77 | | | | $ 1,867.61 | $ - | $ 1,231.00 | $ - | | |
| | | | | $ 3,098.61 | 1 pp payment | $ (1,050.13) | $ 1,050.13 | | | $ 817.48 | $ 1,050.13 | $ 1,231.00 | $ - | 11/1/2022 | |
| | | | $ 1,050.13 | $ 2,048.48 | 1 contractual payment | | $ (1,050.13) | | | $ 817.48 | $ - | $ 1,231.00 | $ - | | 11/1/2022 |
| 12/15/2022 | $ 1,002.77 | $ 1,002.77 | | $ 3,051.25 | to debtor suspense | $ 1,002.77 | | | | $ 1,820.25 | $ - | $ 1,231.00 | $ - | | |
| | | | | $ 3,051.25 | 1 pp payment | $ (1,050.13) | $ 1,050.13 | | | $ 770.12 | $ 1,050.13 | $ 1,231.00 | $ - | 12/1/2022 | |
| | | | $ 1,050.13 | $ 2,001.12 | 1 contractual payment | | $ (1,050.13) | | | $ 770.12 | $ - | $ 1,231.00 | $ - | | 12/1/2022 |
| | | | $ 1,050.13 | $ 950.99 | 1 pp and 1cont merged | | | $ (1,050.13) | | $ 770.12 | $ - | $ 180.87 | $ - | 1/1/2023 | 1/1/2023 |
| 1/20/2023 | $ 1,050.77 | $ 1,050.77 | | $ 2,001.76 | to debtor suspense | $ 1,050.77 | | | | $ 1,820.89 | $ - | $ 180.87 | $ - | | |
| | | | | $ 2,001.76 | 1 pp payment | $ (1,050.13) | $ 1,050.13 | | | $ 770.76 | $ 1,050.13 | $ 180.87 | $ - | 2/1/2023 | |
| | | | $ 1,050.13 | $ 951.63 | 1 contractual payment | | $ (1,050.13) | | | $ 770.76 | $ - | $ 180.87 | $ - | | 2/1/2023 |
| 3/20/2023 | $ 1,050.13 | $ 1,050.13 | | $ 2,001.76 | to debtor suspense | $ 1,050.13 | | | | $ 1,820.89 | $ - | $ 180.87 | $ - | | |
| | | | | $ 2,001.76 | 1 pp payment | $ (1,050.13) | $ 1,050.13 | | | $ 770.76 | $ 1,050.13 | $ 180.87 | $ - | 3/1/2023 | |
| | | | $ 1,050.13 | $ 951.63 | 1 contractual payment | | $ (1,050.13) | | | $ 770.76 | $ - | $ 180.87 | $ - | | 3/1/2023 |
| 5/19/2023 | $ 1,050.13 | $ 1,050.13 | | $ 2,001.76 | to debtor suspense | $ 1,050.13 | | | | $ 1,820.89 | $ - | $ 180.87 | $ - | | |
| | | | | $ 2,001.76 | 1 pp payment | $ (1,050.13) | $ 1,050.13 | | | $ 770.76 | $ 1,050.13 | $ 180.87 | $ - | 4/1/2023 | |
| | | | $ 1,050.13 | $ 951.63 | 1 contractual payment | | $ (1,050.13) | | | $ 770.76 | $ - | $ 180.87 | $ - | | 4/1/2023 |
| 6/20/2023 | $ 1,050.13 | $ 1,050.13 | | $ 2,001.76 | to debtor suspense | $ 1,050.13 | | | | $ 1,820.89 | $ - | $ 180.87 | $ - | | |
| | | | | $ 2,001.76 | 1 pp payment | $ (1,050.13) | $ 1,050.13 | | | $ 770.76 | $ 1,050.13 | $ 180.87 | $ - | 5/1/2023 | |
| | | | $ 1,050.13 | $ 951.63 | 1 contractual payment | | $ (1,050.13) | | | $ 770.76 | $ - | $ 180.87 | $ - | | 5/1/2023 |
| 7/12/2023 | $ 1,050.16 | $ 1,050.16 | | $ 2,001.79 | to debtor suspense | $ 1,050.16 | | | | $ 1,820.92 | $ - | $ 180.87 | $ - | | |
| | | | | $ 2,001.79 | 1 pp payment | $ (1,050.13) | $ 1,050.13 | | | $ 770.79 | $ 1,050.13 | $ 180.87 | $ - | 6/1/2023 | |
| | | | $ 1,050.13 | $ 951.66 | 1 contractual payment | | $ (1,050.13) | | | $ 770.79 | $ - | $ 180.87 | $ - | | 6/1/2023 |
| 8/30/2023 | $ 1,050.13 | $ 1,050.13 | | $ 2,001.79 | to debtor suspense | $ 1,050.13 | | | | $ 1,820.92 | $ - | $ 180.87 | $ - | | |
| | | | | $ 2,001.79 | 1 pp payment | $ (1,050.13) | $ 1,050.13 | | | $ 770.79 | $ 1,050.13 | $ 180.87 | $ - | 7/1/2023 | |
| | | | $ 1,050.13 | $ 951.66 | 1 contractual payment | | $ (1,050.13) | | | $ 770.79 | $ - | $ 180.87 | $ - | | 7/1/2023 |
| 9/25/2023 | $ 1,050.13 | $ 1,050.13 | | $ 2,001.79 | to debtor suspense | $ 1,050.13 | | | | $ 1,820.92 | $ - | $ 180.87 | $ - | | |
| | | | | $ 2,001.79 | 1 pp payment | $ (1,050.13) | $ 1,050.13 | | | $ 770.79 | $ 1,050.13 | $ 180.87 | $ - | 8/1/2023 | |
| | | | $ 1,050.13 | $ 951.66 | 1 contractual payment | | $ (1,050.13) | | | $ 770.79 | $ - | $ 180.87 | $ - | | 8/1/2023 |
| 11/2/2023 | $ 1,050.13 | $ 1,050.13 | | $ 2,001.79 | to debtor suspense | $ 1,050.13 | | | | $ 1,820.92 | $ - | $ 180.87 | $ - | | |
| | | | | $ 2,001.79 | 1 pp payment | $ (1,050.13) | $ 1,050.13 | | | $ 770.79 | $ 1,050.13 | $ 180.87 | $ - | 9/1/2023 | |
| | | | $ 1,050.13 | $ 951.66 | 1 contractual payment | | $ (1,050.13) | | | $ 770.79 | $ - | $ 180.87 | $ - | | 9/1/2023 |
| 12/4/2023 | $ 1,050.13 | $ 1,050.13 | | $ 2,001.79 | to debtor suspense | $ 1,050.13 | | | | $ 1,820.92 | $ - | $ 180.87 | $ - | | |
| | | | | $ 2,001.79 | 1 pp payment | $ (1,044.13) | $ 1,044.13 | | | $ 776.79 | $ 1,044.13 | $ 180.87 | $ - | 10/1/2023 | |
| | | | $ 1,044.13 | $ 957.66 | 1 contractual payment | | $ (1,044.13) | | | $ 776.79 | $ - | $ 180.87 | $ - | | 10/1/2023 |
| 1/4/2024 | $ 1,050.13 | $ 1,050.13 | | $ 2,007.79 | to debtor suspense | $ 1,050.13 | | | | $ 1,826.92 | $ - | $ 180.87 | $ - | | |
| | | | | $ 2,007.79 | 1 pp payment | $ (1,044.13) | $ 1,044.13 | | | $ 782.79 | $ 1,044.13 | $ 180.87 | $ - | 11/1/2023 | |
| | | | $ 1,044.13 | $ 963.66 | 1 contractual payment | | $ (1,044.13) | | | $ 782.79 | $ - | $ 180.87 | $ - | | 11/1/2023 |
| 1/23/2024 | $ 1,050.13 | $ 1,050.13 | | $ 2,013.79 | to debtor suspense | $ 1,050.13 | | | | $ 1,832.92 | $ - | $ 180.87 | $ - | | |
| | | | | $ 2,013.79 | 1 pp payment | $ (1,044.13) | $ 1,044.13 | | | $ 788.79 | $ 1,044.13 | $ 180.87 | $ - | 12/1/2023 | |
| | | | $ 1,044.13 | $ 969.66 | 1 contractual payment | | $ (1,044.13) | | | $ 788.79 | $ - | $ 180.87 | $ - | | 12/1/2023 |
| 2/23/2024 | $ 1,050.14 | $ 1,050.14 | | $ 2,019.80 | to debtor suspense | $ 1,050.14 | | | | $ 1,838.93 | $ - | $ 180.87 | $ - | | |
| | | | | $ 2,019.80 | 1 pp payment | $ (1,044.13) | $ 1,044.13 | | | $ 794.80 | $ 1,044.13 | $ 180.87 | $ - | 1/1/2024 | |
| | | | $ 1,044.13 | $ 975.67 | 1 contractual payment | | $ (1,044.13) | | | $ 794.80 | $ - | $ 180.87 | $ - | | 1/1/2024 |

| | | | | | Last Name | TL HALL | | Case | 19-04391 | | | BK Filed Date | | 10/9/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 1st Post Due date | | 11/1/2019 | 1022.31 |
| | | | | | **APOC arrears** | **$2,195.46** | **paid** | | | | | | | 12/1/2020 | 1017.18 |
| | | | | | | | | | | | | | | 2/1/2022 | 1035.01 |
| | | | | | AO filed on 12/7/2020 the loan is due for 7/1/2020 to 10/1/2020 iao $1022.31 each, the | | | | | | | | | 11/1/2022 $ 1,050.13 | |
| | | | | | attorney fees and cost iao $1231.00 with suspense iao $136.96 Total iao $4089.24.00 | | | | | | | | | 10/1/2023 $ 1,044.13 | |
| | | | | | | | | | | | | | | 9/1/2024 $ 1,078.51 | |

| Transaction Date | Amount Received | Credit to Suspense | Debit from Suspense | Suspense Balance | Transaction Details | Debtor | PP Payment | Trustee | Stip Payments | Debtor Balance | PP Payment Balance | Trustee Balance | Stip Balance | Post-Petition Due Date | Contractual Due Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/2/2024 | $ 1,050.14 | $ 1,050.14 | | $ 2,025.81 | to debtor suspense | $ 1,050.14 | | | | $ 1,844.94 | $ - | $ 180.87 | $ - | | |
| | | | | $ 2,025.81 | 1 pp payment | $ (1,044.13) | $ 1,044.13 | | | $ 800.81 | $ 1,044.13 | $ 180.87 | $ - | 2/1/2024 | |
| | | | $ 1,044.13 | $ 981.68 | 1 contractual payment | | $ (1,044.13) | | | $ 800.81 | $ - | $ 180.87 | $ - | | 2/1/2024 |
| 5/8/2024 | $ 1,044.13 | $ 1,044.13 | | $ 2,025.81 | to debtor suspense | $ 1,044.13 | | | | $ 1,844.94 | $ - | $ 180.87 | $ - | | |
| 5/9/2024 | $ 1,044.13 | $ 1,044.13 | | $ 3,069.94 | to debtor suspense | $ 1,044.13 | | | | $ 2,889.07 | $ - | $ 180.87 | $ - | | |
| | | | | $ 3,069.94 | 1 pp payment | $ (1,044.13) | $ 1,044.13 | | | $ 1,844.94 | $ 1,044.13 | $ 180.87 | $ - | 3/1/2024 | |
| | | | $ 1,044.13 | $ 2,025.81 | 1 contractual payment | | $ (1,044.13) | | | $ 1,844.94 | $ - | $ 180.87 | $ - | | 3/1/2024 |
| | | | | $ 2,025.81 | 1 pp payment | $ (1,044.13) | $ 1,044.13 | | | $ 800.81 | $ 1,044.13 | $ 180.87 | $ - | 4/1/2024 | |
| | | | $ 1,044.13 | $ 981.68 | 1 contractual payment | | $ (1,044.13) | | | $ 800.81 | $ - | $ 180.87 | $ - | | 4/1/2024 |
| 6/21/2024 | $ 1,044.13 | $ 1,044.13 | | $ 2,025.81 | to debtor suspense | $ 1,044.13 | | | | $ 1,844.94 | $ - | $ 180.87 | $ - | | |
| | | | | $ 2,025.81 | 1 pp payment | $ (1,044.13) | $ 1,044.13 | | | $ 800.81 | $ 1,044.13 | $ 180.87 | $ - | 5/1/2024 | |
| | | | $ 1,044.13 | $ 981.68 | 1 contractual payment | | $ (1,044.13) | | | $ 800.81 | $ - | $ 180.87 | $ - | | 5/1/2024 |
| 7/17/2024 | $ 1,044.13 | $ 1,044.13 | | $ 2,025.81 | to debtor suspense | $ 1,044.13 | | | | $ 1,844.94 | $ - | $ 180.87 | $ - | | |
| | | | | $ 2,025.81 | 1 pp payment | $ (1,044.13) | $ 1,044.13 | | | $ 800.81 | $ 1,044.13 | $ 180.87 | $ - | 6/1/2024 | |
| | | | $ 1,044.13 | $ 981.68 | 1 contractual payment | | $ (1,044.13) | | | $ 800.81 | $ - | $ 180.87 | $ - | | 6/1/2024 |
| 8/14/2024 | $ 1,044.13 | $ 1,044.13 | | $ 2,025.81 | to debtor suspense | $ 1,044.13 | | | | $ 1,844.94 | $ - | $ 180.87 | $ - | | |
| | | | | $ 2,025.81 | 1 pp payment | $ (1,044.13) | $ 1,044.13 | | | $ 800.81 | $ 1,044.13 | $ 180.87 | $ - | 7/1/2024 | |
| | | | $ 1,044.13 | $ 981.68 | 1 contractual payment | | $ (1,044.13) | | | $ 800.81 | $ - | $ 180.87 | $ - | | 7/1/2024 |
| 9/16/2024 | $ 1,078.51 | $ 1,078.51 | | $ 2,060.19 | to debtor suspense | $ 1,078.51 | | | | $ 1,879.32 | $ - | $ 180.87 | $ - | | |
| | | | | $ 2,060.19 | 1 pp payment | $ (1,044.13) | $ 1,044.13 | | | $ 835.19 | $ 1,044.13 | $ 180.87 | $ - | 8/1/2024 | |
| | | | $ 1,044.13 | $ 1,016.06 | 1 contractual payment | | $ (1,044.13) | | | $ 835.19 | $ - | $ 180.87 | $ - | | 8/1/2024 |
| 10/16/2024 | $ 1,078.51 | $ 1,078.51 | | $ 2,094.57 | to debtor suspense | $ 1,078.51 | | | | $ 1,913.70 | $ - | $ 180.87 | $ - | | |
| | | | | $ 2,094.57 | 1 pp payment | $ (1,078.51) | $ 1,078.51 | | | $ 835.19 | $ 1,078.51 | $ 180.87 | $ - | 9/1/2024 | |
| | | | $ 1,078.51 | $ 1,016.06 | 1 contractual payment | | $ (1,078.51) | | | $ 835.19 | $ - | $ 180.87 | $ - | | 9/1/2024 |
| 11/14/2024 | $ 1,078.51 | $ 1,078.51 | | $ 2,094.57 | to debtor suspense | $ 1,078.51 | | | | $ 1,913.70 | $ - | $ 180.87 | $ - | | |
| | | | $ 1,031.00 | $ 1,063.57 | Agreed order fees | $ (850.13) | | $ (180.87) | | $ 1,063.57 | $ - | $ - | $ - | | |
| | | | $ 27.82 | $ 1,035.75 | Fees in the claim | $ (27.82) | | | | $ 1,035.75 | $ - | $ - | $ - | | |
| | | | $ 1,035.57 | $ 0.18 | 1 pp and 1cont merged | $ (1,035.57) | | | | $ 0.18 | $ - | $ - | $ - | 10/1/2024 | 10/1/2024 |
| | | | | $ 0.18 | | | | | | $ 0.18 | $ - | $ - | $ - | | |
| | | | | $ 0.18 | | | | | | $ 0.18 | $ - | $ - | $ - | | |
| | | | | $ 0.18 | | | | | | $ 0.18 | $ - | $ - | $ - | | |
| | | | | $ 0.18 | | | | | | $ 0.18 | $ - | $ - | $ - | | |
| | | | | $ 0.18 | MSP suspense | | | | | $ 0.18 | $ - | $ - | $ - | | |
| | | | | $ 0.18 | Pre petition cured accurately | | | | | $ 0.18 | $ - | $ - | $ - | | |
| | | | | $ 0.18 | PPFN not filed | | | | | $ 0.18 | $ - | $ - | $ - | | |
| | | | | $ 0.18 | | | | | | $ 0.18 | $ - | $ - | $ - | | |
| | | | | $ 0.18 | | | | | | $ 0.18 | $ - | $ - | $ - | | |
| | | | | $ 0.18 | | | | | | $ 0.18 | $ - | $ - | $ - | | |
| | | | | $ 0.18 | | | | | | $ 0.18 | $ - | $ - | $ - | | |