**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Tara Lynn Hall** | **BK NO. 19-04391 HWV** |
|            **Debtor(s)** | |
| | **Chapter 13** |
| **PENNYMAC LOAN SERVICES, LLC** | |
|            **Movant** | **Related to Claim No. 12** |
|    **vs.** | |
| **Tara Lynn Hall** | |
|            **Debtor(s)** | |
| **Jack N. Zaharopoulos**, | |
|            **Trustee** | |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 24, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Tara Lynn Hall
130 Elm Street
Carlisle, PA 17013

Attorney for Debtor(s)
Dorothy L Mott, Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: September 24, 2021

**/s/Rebecca A. Solarz Esquire**
Rebecca A. Solarz Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com